Prob  12B (7/93)
(D/KS 11/16)

PACTS# 2763753

# United States District Court

### for the

### District of Kansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  **Ric Meczywor**          Case Number:  **5:16CR40076-002**

Sentencing Judicial Officer:  Honorable Daniel D. Crabtree, U.S. District Judge

Date of Original Sentence:  02/06/2017

Original Offense:   Conspiracy to Commit Embezzlement Against the United States

Original Sentence:  Time Served, 24 Months Supervised Release

Type of Supervision:  TSR          Date Supervision Commenced:  02/06/2017

---

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of  years.

☒ To modify the conditions of supervision as follows:

**You must reside at the residential re-entry center, in the community corrections component allowing for work release, for up to 120 days, at the direction of the U.S. Probation Officer.  You must comply with the policies and procedures of the residential re-entry center program including any requirement to wear an electronic monitoring device, which may include Global Position System and/or Random Tracking, and follow electronic monitoring procedures specified by the residential re-entry center program.**

### CAUSE

Mr. Meczywor does not have a valid release plan. His proposed plan to live with his grandmother in Belleville, Kansas was denied by the U.S. Probation office after his first home contact. As previously reported to the Court, Mr. Meczywor released to supervision on 2/6/2017 and entered inpatient treatment in Dodge City on 2/17/2017.  Subsequent to completing treatment, Mr. Meczywor tested positive for methamphetamine and served a jail sentence on a state warrant for violating his probation.  After his release from state custody, Mr. Meczywor was directed to report to a Sober Living Residential Center in Salina, KS (Serenity House). Mr. Meczywor failed to report due to lack of transportation.

The defendant was presented with a Form 49 Waiver of Hearing to Modify Conditions of Supervision. After being advised of his rights to counsel and a hearing on this matter, Mr. Meczywor elected to sign the waiver document. The waiver is on file with the probation office and available for the Court's review.

Prob  12B                 -2-
*Name of Offender:  Ric Meczywor*                            *Case Number:  5:16CR40076-002*

Respectfully submitted,

by     *Annelies Snook*

Annelies M. Snook
U.S. Probation Officer Assistant
Date:  05/16/2017

Approved:

Bryce J. Beckett, SUSPO

---

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other:


s/ Daniel D. Crabtree

Signature of Judicial Officer

05/17/2017

Date