Prob 12C (12/04)
(D/KS 05/18)

PACTS# 2763753

# United States District Court
## for the
## District of Kansas

## AMENDED Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Ric Meczywor**  Case Number: **1083 5:16CR40076-002**

Sentencing Judicial Officer:  Honorable Daniel D. Crabtree, U.S. District Judge

Date of Original Sentence:  02/06/2017

Date of Revocation: 04/24/2018

Original Offense:   Conspiracy to Commit Embezzlement Against the United States, a Class D Felony

Original Sentence:  152 Days Prison, 24 Months Supervised Release

Revocation Sentence: Time Served, 24 months Supervised Release

Type of Supervision:  Supervised Release         Date Supervision Commenced:  04/24/2018
Asst. U.S. Attorney:  Christine Kenney              Defense Attorney:  John Kerns

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Mandatory Condition #2:** **You must not unlawfully possess a controlled substance.**<br><br>The defendant possessed Lortab which he did not have a prescription for in Republic County, Kansas, a felony punishable by a term of imprisonment exceeding one year, as evidenced by the admission of usage of this substance on May 16, 2018 in violation of K.S.A. 21-5701 and 21-5706.<br><br>The defendant possessed an opiate which he did not have a prescription for in Shawnee County, Kansas, a felony punishable by a term of imprisonment exceeding one year, as evidenced by the admission of usage of this substance on October 3, 2018 in violation of K.S.A. 21-5701 and 21-5706. [1] |

---

[1] New alleged violation not contained in the original petition.

Prob 12C                          -2-
Name of Offender: Ric Meczywor                  Case Number: 1083 5:16CR40076-002

| | |
|---|---|
| 2 | **Mandatory Condition #3:** **You must refrain from any unlawful use of a controlled substance.** |

On May 16, 2018, the defendant admitted to taking a Lortab which he did not have a prescription for on or about May 15, 2018, and signed an Admission of Usage form.

On October 3, 2018, the defendant submitted a urine sample which was confirmed positive, by the lab utilized by the Residential Re-Entry Center (RRC), for Opiates, specifically morphine. The defendant denied any usage.[2]

*For the purposes of applying the provisions of 18 U.S.C. §§ 3565(b)(4) or 3583(g)(4) (mandatory revocation for submitting more than three (3) positive drug tests in a 12 month period),* **the defendant has submitted one (1) positive qualifying sample(s)**. *If the Court finds that the positive drug test(s) constitutes possession of a controlled substance the Court is required to revoke supervision and impose a sentence that includes a term of imprisonment. 18 U.S.C. §§ 3565(b), 3583(g). The Court shall also consider whether the availability of appropriate substance abuse programs, or the offender's current or past participation in such programs, warrants an exception from the requirement of mandatory revocation and imprisonment under 18 U.S.C. §§ 3565(b), 3583(g). 18 U.S.C. §§ 3563(a), 3583(d). U.S. v Hammonds, 370 F.3d 1032 (10th Cir. 2004).*

| | |
|---|---|
| 3 | **Standard Condition #5:** **You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**[3] |

On July 24, 2018, this officer spoke with Mr. Meczywor's sister, Alena Rugg. She informed this officer she and her husband moved to Nebraska approximately a week prior and Mr. Meczywor no longer resides with them. She did not know Mr. Meczywor's whereabouts. She provided an address to his Grandmother's in Belleville, KS, where he might reside. On July 25, 2018, this officer attempted a home contact at Mr. Meczywor's last reported address and his Grandmother's residence. There was no answer at either residence. Due to Mr. Meczywor not having a phone, this officer has no means to contact him. Mr. Meczywor did not provide at least 10 days prior notice to this officer of a change in residence, nor did he have prior authorization to move.

| | |
|---|---|
| 4 | **Special Condition #7:** **You must reside in the Residential Re-entry Center, in the community corrections component allowing for** |

---

[2] New alleged violation not contained in the original petition.
[3] New alleged violation not contained in the original petition.

Prob 12C                                    -3-
Name of Offender: Ric Meczywor                Case Number: 1083 5:16CR40076-002

>   work release, for up to 120 days, at the direction of the U.S. Probation Officer, and with the approval of the Court. You must comply with the policies and the procedures of the Residential Re-Entry Center program.[4]
>
>   As a part of the RRC's policies and procedures, Mr. Meczywor was on GPS monitoring due to his history of absconding and for accountability measures with the RRC. On October 18, 2018, Mr. Meczywor left the RRC without prior approval. He cut off his GPS device and his current whereabouts are unknown. Mr. Meczywor has been discharged from the RRC.

5   **Standard Condition #7:** **You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**[5]

>   On October 8, 2018, Mr. Meczywor quit his employment and is currently unemployed.

U.S. Probation Officer Recommendation:

The term of supervision should be:

☒ Revoked
☐ Extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

---

[4] New alleged violation not contained in the original petition.
[5] New alleged violation not contained in the original petition.

Prob 12C                                       -4-
*Name of Offender: Ric Meczywor*                                *Case Number: 1083 5:16CR40076-002*

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 10/18/2018

by *Valerie L. Allen* (signature)

Valerie L. Allen
U.S. Probation Officer

Approved:

*Brooke M. Paulson* (signature)

Brooke M. Paulson, SUSPO

---

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☒ The Issuance of a Warrant.  Petition and warrant sealed and not to be distributed to counsel of record.  Unsealed upon arrest.
☐ The Issuance of a Summons
☐ Other:

s/ Daniel D. Crabtree
Signature of Judicial Officer

10/18/2018
Date